**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------- x
TRACY DONOVAN,                   :
                                 :
          Plaintiff,             :
                                 :
v.                               :
                                 :   Civil No. 3:25-cv-1094 (AWT)
JENNIFER HUTCHINS and            :
JEREMY DIPIETRO,                 :
                                 :
          Defendants.            :
                                 :
                                 :
-------------------------------- x
```

### ORDER RE MOTIONS FOR INJUNCTIVE RELIEF AND RELATED MOTIONS

To demonstrate that she is entitled to injunctive relief under Federal Rule of Civil Procedure 65, the moving party must show "(1) irreparable harm; (2) either a likelihood of success on the merits or both serious questions on the merits and a balance of hardships decidedly favoring the moving party; and (3) that a preliminary injunction is in the public interest." N. Am. Soccer League, LLC v. U.S. Soccer Fed'n, Inc., 883 F.3d 32, 37 (2d Cir. 2018).

The court has reviewed the plaintiff's motions for injunctive relief and the papers filed in support of the motions, the defendants' objections to the plaintiff's motions for injunctive relief, and the briefing with respect to the

pending motions to dismiss the plaintiff's First Amended
Complaint.

Based upon its review of those motions and related papers,
the court concludes that the plaintiff has not established
either a likelihood of success on the merits or sufficiently
serious questions going to the merits to make them a fair ground
for litigation and a balance of hardships tipping decidedly in
her favor.

The following pending motions are hereby DENIED:

1. Motion for Request that Complaint and Injunction be an
   Emergency Order (ECF No. 3);

2. Motion for Temporary Restraining Order (ECF No. 39);

3. Motion to Modify Scheduling Order for Limited Discovery
   Regarding Warrant Affidavit (ECF No. 59);

4. Conditional Motion to Stay Dismissal and Retain Limited
   Jurisdiction Over Seized Property Pending Criminal
   Proceedings (ECF No. 66);

5. Renewed Emergency Motion for Preliminary Injunction (ECF
   No. 70);

6. Motion to Shorten Time for Response (ECF No. 71); and

7. Motion to Shorten Time for Response to Supplemental Brief
   (ECF No. 72).

It is so ordered.

Dated this 18th day of November 2025, at Hartford,

Connecticut.


                                          _____/s/AWT_____
                                               Alvin W. Thompson
                                     United States District Judge