# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------- x
TRACY DONOVAN,                  :
                                :
        Plaintiff,              :
                                :
v.                              :
                                :    Civil No. 3:25-cv-1094 (AWT)
JENNIFER HUTCHINS and           :
JEREMY DIPIETRO,                :
                                :
        Defendants.             :
                                :
                                :
------------------------------- x
```

## ORDER RE PENDING MOTIONS

The plaintiff's Motion for Reconsideration Pursuant to
Federal Rule of Civil Procedure 59(e) (ECF No. 76) and Motion
for Expedited Consideration (ECF No. 77) are hereby denied. In
its Order re Motions for Injunctive Relief and Related Motions
(ECF No. 75), the court explained that:

> To demonstrate that she is entitled to injunctive relief
> under Federal Rule of Civil Procedure 65, the moving party
> must show "(1) irreparable harm; (2) either a likelihood of
> success on the merits or both serious questions on the
> merits and a balance of hardships decidedly favoring the
> moving party; and (3) that a preliminary injunction is in
> the public interest." N. Am. Soccer League, LLC v. U.S.
> Soccer Fed'n, Inc., 883 F.3d 32, 37 (2d Cir. 2018).

Thus, if a plaintiff fails to satisfy any of the three
enumerated requirements, the moving party is not entitled to

1

injunctive relief. The court's order explained that the plaintiff has not satisfied, at a minimum, the second requirement because she has not established <u>either</u> a likelihood of success on the merits <u>or</u> sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships decidedly favoring her. Because the plaintiff is not entitled to injunctive relief for this reason, it was not necessary for the court to address the plaintiff's arguments with respect to irreparable harm.

It is so ordered.

Dated this 9th day of December 2025, at Hartford, Connecticut.

_____/s/AWT_____
Alvin W. Thompson
United States District Judge
