**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TRACY DONOVAN, Plaintiff, v. JENNIFER HUTCHINS and JEREMY DIPIETRO, Defendants. | Civil No. 3:25-CV-1094 (AWT) |

**ORDER RE MOTION FOR RECONSIDERATION**

Plaintiff's Motion for Reconsideration on the Ruling on Motions to Dismiss (ECF No. 105) is hereby DENIED.

The plaintiff seeks reconsideration of the Ruling on Motions to Dismiss (the "Ruling") (ECF No. 104) "to the extent that it dismissed this action in its entirety without ruling upon the Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 85), which has been pending and fully briefed since June 1, 2026, and which the Court stated on June 17, 2026 it would proceed to rule upon, and rule upon that motion[.]"

Now, however, the Ruling did <u>not</u> dismiss this action in its entirety. The motions to dismiss were addressed to the complaint that was operative at the time the motions were filed. The Ruling merely dismissed that complaint. It did not dismiss

this action. Rather, the next step for the court is to deal with the pending Motion for Leave to File Second Amended Complaint.

Therefore, there is no need to amend the Ruling to state that the dismissal is without prejudice, because while the then operative complaint was dismissed, the action itself has not been dismissed.

The court will schedule a telephonic status conference to determine whether supplemental briefing is desired because the plaintiff wishes the court to consider a revised proposed second amended complaint.

It is so ordered.

Dated this 25th day of August 2026, at Hartford, Connecticut.

/s/ AWT

Alvin W. Thompson
United States District Judge